From: Elisha R. Riggleman
P.O. Box-350
Beaver, WV 25813

FILED
DEC 27 2010
TERESA L. [DEPPNER], CLERK
U.S. District Court
Southern District of West Virginia

(1)

5:10-1410

12-05-10

Your Honor,

On Monday November 8, 2010 I filled out a request to Unit Manager Snow (D. Snow) of Pine unit here at Beckley F.C.I. On it I stated clearly that I was having problems with a inmate Anthoney Rowe and that if he could do something to not put him back around me, and that I did not want to be put in a situtition to where I would stab him or something. I only have full use of one hand. This was a plea for help I even stated on the request that I wanted him to call me to his office to talk this over. I got a incident report for threats wrote on me and was placed in lock up. This raised my cusody points to send me to a USP Maxiuum security. I only got 20 months left short time. This is why I was making a plea to be not in harms way. I have mental issues of depression on record and also its on record that the shot caller Whaye Beckner from Sandiago California wanted me stabbed and killed at Big Sandy U.S.P. The other week when D. Snow walked passed my door in lock up I said to him that he was wrong about how he does stuff, and he ask me what I ment by it, and I said that when you assaulted first that black guy in front of the chow hall that the tree blocked the cameria from seeing and the way he up set the man in the wheel chair one time and the way he did me when I was only seeking help. His words to me was if you do not kill your self or get stabbed and killed where your going then you will be a lucky man. Today 12-05-10 I recieved notice that I will be sent to a USP my (points cusody) was raised from 21 to 29 this is 8 points and 9.9 times out of 10 people only get 2 points for a 200 series write up. This is more points then a most seriouse write up gets.

(2)

This man is playing games with my life and my time as well as the same with other inmates here.

Note: I do not enough time left to exhaust all grievence procedures and then get this matter in court. My release date is July 29 2012. Min is 6 months of this for halfway house. so 14 months approx.

Will please have all the records pulled about the 2.03 Threats incident report, and the classification report, and hear this matter as a Heabus corpus combined with a civil action under Prieser vs Rodrigus 411. US 475 I think is the case.

This man is setting me up to kill myself or to get killed. You ask to see the request of where I was seeking help and you'll see it was a plea for help and not a Threat. and you'll see that I am being set up.

If you will not make a case for me out of this. Then will you please keep this letter on file for future use so if I do get stabbed or killed or drove crazy to hang myself that my family can sue. Please send me a copy of this cirtified back to me to ensure I get it.

I saw snow assault this other inmate while searching him he yanks upward real hard on the inmates paints forcing preasure on his gonads. He done it again and this when the inmate retalitated. Please notify within 10 working days. thay are going to transferr me out of here soon in a month or so. Please make this a case or have investigated. all you got to read is the request; the plea for help that I first wrote to him and its on file with the write up in my central file here, but won't be after I get transferred to where ever. Please Help Me. I don't want to get stabbed or do I want to be put in a sitututition to do such to someone else. nor do I want to be drove into try sucide. Sincerely,

Elisha Riggleman 07411-088

Elisha Riggleman

③ Your Honor, 12-05-10

I've tried to get copies of what was used against me to find me guilty of threats but the hearing officer told me to go F--K myself I will not get any thing from him. So can you at least contact the warden here and order him to give me a copy of the incidendent report and a copy of the request to Unit Manager D. Snow that was used to accuse and find me guilty of threats. Sir/your Honor, have them mailed or faxed to you so you can also see the dirt and stains on this cloth, and you yourself will see that its not all cut from the same cloth and that there word of truth is unworthy. I've been put in lock up and I've not seen a incident report or even a disposition of being guilty, but I was told I'm guilty and that is that. there is no recordings. this is all ilegal and cruel and unusial punishment, and I feel that D Snow is making a joke of my time and my life and well being. I am sure that thay will try to cover for each other, but when there is no signature of mine stating I recieved anything or a recorded hearing. then its my word against theres. And there is such a thing a currupt Goverment employees. this is why I ask that you get copies and read for your self and see for your self if it was a threat or a statement and plea to not be in harms way that was written on the request, that is suppose to be the main exhibit for this incident. You need to step in and see the dirt for your self. I'm afraid its getting out of hand and that some day some one will get seriousely hurt do to neglecting situtions here at Beckly F.C.I. A human life is presiouse and once taken can't be returned. Justice is what its all about. thank you,

sincerely, Elisha R——
Elisha Riggleman
#07711-088

Federal Correctional Institution, Beckley
Elisha Riggleman # 07111-088
P.O. Box - 350 ; SHU, lock up unit
Beaver, WV 25813

\* URGENT attention requested

legal mail / special mail

mailed on 12-06-10

CHARLESTON WV 250
06 DEC 2010 PM 1 T

United States courthouse, Southern district
ATTN: Honorable Judge (only)
urgent attention requested
P.O. Box - ? General delivery
Beckley, WV 25801

Special Mail / legal Mail

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
PO BOX 1280
BEAVER, WV 25813
DATE 12/7/10

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS

CAB